*Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 439. JACOB PETRY *v.* COMMONWEALTH OF PENNSYLVANIA. October 15, 1923. Petition for a writ of certiorari to the Superior Court of the State of Pennsylvania denied. *Mr. Lowrie C. Barton* for petitioner. No appearance for respondent.

---

No. 446. MERRIMACK NATIONAL BANK *v.* HOLLIS R. BAILEY, ET AL., TRUSTEES, ETC. October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Philip N. Jones* for petitioner. No appearance for respondents.

---

No. 448. CLARA F. CHAPIN, EXECUTRIX, ETC. *v.* BARTHOLOMEW A. BRICKLEY, TRUSTEE, ETC.; and
No. 449. CLARA F. CHAPIN, EXECUTRIX, ETC. (IN THE MATTER OF CODMAN, FLETCHER & COMPANY, BANKRUPTS). October 15, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Hollis R. Bailey* for petitioner. *Mr. Mark M. Horblit* and *Mr. Jacob Wassermann* for respondents.

---

No. 452. GUILLERMO SEVERINO *v.* FABIOLA SEVERINO ET AL. October 15, 1923. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Quintin Paredes* and *Mr. Felipe Buencamino, Jr.,* for petitioner. *Mr. F. C. Fisher* for respondents.

---

No. 462. R. L. BENNETT & SONS *v.* FARMERS SEED & GIN COMPANY OF PARIS, INC. October 15, 1923. Peti-